UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

eCOMSYSTEMS, INC.,

    Plaintiff,

v.                                  Case No. 8:10-cv-1531-T-33MAP

SHARED MARKETING SERVICES, INC.,
and ACE HARDWARE CORPORATION,

    Defendants.

_____/

## ORDER

This cause is before the Court on Plaintiff's accounting of attorney's fees and expenses (doc. 163). This Court previously entered an Order granting five discovery motions (docs 90, 104, 119, 120, and 136) and awarding Plaintiff reasonable expenses, costs, and attorney's fees associated with these motions, in addition to costs associated with Defendant Shared Marketing Services, Inc.'s failure to appear at a noticed 30(b)(6) deposition (doc. 157). Plaintiff requests a total of $50,154.68 for the fees and costs associated with these motions and costs associated with the 30(b)(6) deposition. Upon this Court's review, Plaintiff's costs for the 30(b)(6) deposition and the fees and costs associated with the discovery motions appear justified; however, Mr. Chapman's calculation as to his fee for the filing of doc. 136 appears to be in error. *See* doc. 163 p. 5 and 163-4 p. 16.

Mr. Chapman lists his hourly rate at $575.00 and having billed .2 hours in regards to doc. 136.[1] By the Court's calculation, this would result in a fee of $115.00, less any

---

[1] I note Mr. Chapman's calculation included a 10% discount.

discount. However, Mr. Chapman seeks $258.75, which amounts to an hourly rate of $1293.75. The Court will calculate his fee according to the hourly billing rate and 10% discount he has set forth in his accounting and award $103.50 as it relates to doc. 136. Accordingly, it is

ORDERED:

1. Plaintiff is awarded reasonable attorney's fees, costs, and expenses in the amount of $49,999.43.

DONE and ORDERED at Tampa, Florida on June 5, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record