UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ECOMSYSTEMS, INC.,

    Plaintiff,

v.                              Case No. 8:10-cv-1531-T-33MAP

SHARED MARKETING SERVICES, INC.,
et al,

    Defendants.
_____/

### ORDER

This matter is before the Court pursuant to counsel for Defendant Shared Marketing Services, Inc.'s June 15, 2012, Letter advising the Court that Shared Marketing has filed for protection under Chapter 11 of the United States Bankruptcy Code in the Northern District of Illinois. The Court has attached the Letter to this Order and construes such Letter as a Suggestion of Bankruptcy. Shared Marketing is the sole remaining Defendant in this action.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. This case is **STAYED** and **ADMINISTRATIVELY CLOSED**. No further action will be taken in this case until such time as the bankruptcy court lifts the stay or the stay lapses.

2. The hearing set for June 18, 2012, is cancelled.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 18th day of June, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel and Parties of Record

Stephen Bobo, Esq.
10 S. Wacker Dr.
Chicago, Il 60606-7507